FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 13 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:07-cr-00090-RCJ-RAM |
| Plaintiff, | **ORDER FOR TERMINATION OF SUPERVISED RELEASE** |
| vs. | |
| DANIEL K. MAZZA, aka DANIEL K. MAZA, | |
| Defendant. | |

Based upon Defendant's Unopposed Motion for Early Termination of Supervised Release and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant, DANIEL K. MAZZA's, supervised release is immediately terminated.

DATED this 12 day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE